IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05MJ13

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JACK ALLEN POTEAT, | |
| Defendant. | |

**THIS MATTER** is before the Court on the "Government's Motion to Dismiss" (document #2), filed May 14, 2012. For the reasons stated therein, the Motion is **GRANTED**, that is, the above-captioned Complaint is dismissed without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the U.S. Attorney's Office.

**SO ORDERED**.

Signed: May 14, 2012

David S. Cayer
United States Magistrate Judge